Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of New York**

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **THE COOKIE FACTORY, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 5 3 9 8 8 0 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **41 RIVER STREET**<br>Number      Street | Number      Street |
| **TROY, NY 12180**<br>City                    State    ZIP Code | City                    State    ZIP Code |
| **RENSSELAER**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number      Street<br><br>City                    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **HTTPS://WWW.COOKIEFACTORYLLC.COM** |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☑ Other. Specify:    **LIMITED LIABILITY COMPANY** |

| Debtor | __THE COOKIE FACTORY, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__3__  __1__  __1__  __8__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                            MM / DD / YYYY

District _____ When _____ Case number _____
                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                      MM / DD / YYYY

Case number, if known _____

| Debtor | THE COOKIE FACTORY, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | | |
|---|---|---|
| Number | Street | |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| **14. Estimated number of creditors** | ☐ 1-49 ☑ 50-99 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
|---|---|---|---|
| | ☐ 100-199 ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **THE COOKIE FACTORY, LLC**                                          Case number *(if known)*
   Name

---

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/10/2024**
       MM/ DD/ YYYY

**X** **/S/ CHRISTOPHER M. ALBERINO**          **CHRISTOPHER M. ALBERINO**
Signature of authorized representative of debtor          Printed name

Title                **MEMBER**

**18. Signature of attorney**

**X**     **/S/ CHRISTIAN H. DRIBUSCH**          Date  **09/10/2024**
Signature of attorney for debtor                          MM/ DD/ YYYY

**CHRISTIAN H. DRIBUSCH**
Printed name

**THE DRIBUSCH LAW FIRM**
Firm name

**187 WOLF RD STE 300-20**
Number          Street

**ALBANY**                          **NY**          **12205-1138**
City                              State          ZIP Code

**(518) 588-8217**                          **CDRIBUSCH@CHD-LAW.COM**
Contact phone                              Email address

**507021**                          **NY**
Bar number                              State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $1,165.49 |
| b. Total debts (including debts listed in 2.c., below) | $2,237,783.79 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____

_____

3. Brief description of debtor's business  ____Manufacturer of baked goods_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

**SHAREHOLDER RESOLUTION OF THE COOKIE FACTORY OF NEW YORK, LLC**

The undersigned, being the members of **THE COOKIE FACTORY OF NEW YORK, LLC** (the "*Company*"), do hereby certify that we waive any meeting and adopt the following resolutions:

RESOLVED, that the Company is authorized to file for relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "*Bankruptcy Code*") with the United States Bankruptcy Court (the "*Bankruptcy Court*") for the Northern District of York (the "*District*") or such other district which may have appropriate venue; and it is further

RESOLVED, that the officers or directors of the Company and any one of them be and the same are hereby authorized, directed and empowered to execute and deliver, on behalf of the Company, the bankruptcy petition and all documents and other instruments that may be required in connection with the bankruptcy proceeding (the "*Bankruptcy Proceeding*"), with such changes as said officer or director or any one of them, may deem necessary and to do all such other things, on behalf of the Corporation, as may be required in connection with the Bankruptcy Proceeding; and it is further

RESOLVED, that the Corporation is authorized to retain The Dribusch Law Firm as its counsel for the Bankruptcy Proceeding.

Dated:  September 6, 2024

_____, Member
Christopher Alberino
Member

_____ III
Joseph Alberino, III
Member

## United States Bankruptcy Court
### Northern District of New York

In re   **The Cookie Factory, LLC**                                            Case No. _____

                                        Debtor(s)        Chapter            **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**The Cookie Factory, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**09/10/2024**_____                    _____**/s/ Christian H. Dribusch**_____
Date                                            **Christian H. Dribusch**
                                                Signature of Attorney or Litigant
                                                Counsel for _____**The Cookie Factory, LLC**_____
                                                **Bar Number: 507021**
                                                **The Dribusch Law Firm**
                                                **187 Wolf Rd Ste 300-20**
                                                **Albany, NY 12205-1138**
                                                **Phone: (518) 227-0026**
                                                **Email: cdribusch@chd-law.com**

1

**Fill in this information to identify the case:**

Debtor Name __**The Cookie Factory, LLC**__

United States Bankruptcy Court for the: ___**Northern**___ District of ___**New York**___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** — **unknown**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **KeyBank** | **Checking account** | 4 1 5 1 | **($34.84)** |
| 3.2. | **Sunmark Federal Credit Union** | **Checking account** | ___ ___ ___ ___ | **$100.00** |
| 3.3. | **KeyBank** | **Checking account** | 5 5 2 8 | **$17.50** |
| 3.4. | **KeyBank (tax)** | **Checking account** | 5 7 7 5 | **$23.48** |
| 3.5. | **KeyBank** | **Checking account** | 6 4 2 1 | **$8.69** |
| 3.6. | **Sunmark Federal Credit Union** | **Checking account** | 8 8 6 0 | **$1,015.81** |
| 3.7. | **Sunmark Federal Credit Union** | **Checking account** | ___ ___ ___ ___ | **($485.00)** |
| 3.8. | **Sunmark Federal Credit Union** | **Savings account** | 8 8 6 0 | **$0.01** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** — **$645.64**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor    **The Cookie Factory, LLC**

Name    Case number *(if known)* _____

---

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____    _____

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =....➜    _____

face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **$10,892.42** - **unknown** =....➜    **unknown**

face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

Debtor    **The Cookie Factory, LLC**_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of
                                                                           ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Ceased Operating in April 2024 | _____ MM / DD / YYYY | unknown | _____ | unknown |
| 20. **Work in progress** | | | | |
| Ceased Operating in April 2024 | _____ MM / DD / YYYY | unknown | _____ | unknown |
| 21. **Finished goods, including goods held for resale** | | | | |
| Ceased Operating in April 2024 | _____ MM / DD / YYYY | unknown | _____ | unknown |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

Debtor    **The Cookie Factory, LLC**
    Name                                                                            Case number *(if known)*

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br><br> _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br><br> _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br><br> _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br><br> _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br><br> _____ | _____ | _____ | _____ |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                               _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor    **The Cookie Factory, LLC**
      Name                                 Case number *(if known)*

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| Transferred per SOFA | unknown | | unknown |
| 40. **Office fixtures** | | | |
| Transferred per SOFA | unknown | | unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Transferred per SOFA Disclosure | unknown | | unknown |
| Leased items per Schedule of Executory Contracts | unknown | | unknown |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____    _____    _____    _____
    42.2 _____    _____    _____    _____
    42.3 _____    _____    _____    _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.          [_____]

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

---

Debtor    **The Cookie Factory, LLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____

47.2 _____

47.3 _____

47.4 _____

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

**49.** **Aircraft and accessories**

49.1 _____

49.2 _____

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**    Real property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)* _____
          Name

| 55.1 | **Retail/Manufacturing (Debtor ceased operating in April 2024) /** | Lease | unknown | unknown |
|---|---|---|---|---|
| | **41 Congress Troy, NY 12180** | | | |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

Debtor    **The Cookie Factory, LLC**
　　　　　　Name                                                                                        Case number *(if known)* _____

---

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.    Notes receivable**

Description (include name of obligor)

_____    _____ – _____    = ➔    _____
　　　　　　　　　　　　　　　　　　　　Total face amount        doubtful or uncollectible amount

**72.    Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.    Interests in insurance policies or annuities**

_____    _____

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

　Claim against Colin Halperin_____    _____    unknown

Nature of claim    **Breach of Fiduciary Duty, Breach of Contract, and Potential Tort Claims. No attorney retained.**

Amount requested    _____ unknown _____

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

Nature of claim    _____

Amount requested    _____

**76.    Trusts, equitable or future interests in property**

_____    _____

---

Debtor    **The Cookie Factory, LLC**
          _____          Case number *(if known)* _____
          Name

---

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____          _____

    _____          _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.          [_____]

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $645.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $645.64 | + 91b. [_____] |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | | $645.64 |

---

Fill in this information to identify the case:

Debtor name __The Cookie Factory, LLC__

United States Bankruptcy Court for the: __Northern__    District of __New York__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

__American Packaging__

**Creditor's mailing address**

__1491 San Carlos Avenue__

__Concord, CA 94518__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

__Contract__

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$4,683.20**    Column B: **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$483,273.85**

Debtor    **The Cookie Factory, LLC**                                    Case number (if known) _____
         _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** Creditor's name

**Balboa**

Creditor's mailing address

**575 Anton Blvd. 12th Floor**

**Costa Mesa, CA 92626**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    ___ ___ ___ ___
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

**Describe the lien**

**Contract**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,670.55        unknown

**Remarks:** UCC-1 reflects judgment taken in California.

Debtor    **The Cookie Factory, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**2.3** **Creditor's name**

**CFP New York, L.P.**

**Describe debtor's property that is subject to a lien**

Amount of claim: **unknown**    Value of collateral: **unknown**

**Creditor's mailing address**

**12198 South State Street Suite 4**

**Draper, UT 84020**

**Describe the lien**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** UCC-1s. Leased Equipment.

Debtor   **The Cookie Factory, LLC**                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** Creditor's name

CSC

**Creditor's mailing address**

801 Adlai Stevenson Dr

Springfield, IL 62703-4261

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC-1.

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**
Column B: **unknown**

Debtor   **The Cookie Factory, LLC**_____   Case number (if known)_____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

CT Corporation System

**Creditor's mailing address**

2929 Allen Parkway Suite 3300

Houston, TX 77019

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC-1.

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**    **unknown**

Debtor    **The Cookie Factory, LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.6** **Creditor's name**

**Falcon Equipment Finance**

Describe debtor's property that is subject to a lien

_____

_____

$29,135.81 | unknown

**Creditor's mailing address**

**PO Box 843840**

**Dallas, TX 75284**

**Creditor's email address, if known**

_____

Describe the lien

**Contract**

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** UCC-1. Secured on leased equipment.

Debtor    **The Cookie Factory, LLC**                                Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7  Creditor's name**

**First Utah Bank**

**Creditor's mailing address**

**3826 South 2300 East**

**Salt Lake City, UT 84109**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC-1. Leased equipment.

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Contract**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$368,053.53                    unknown

Debtor    **The Cookie Factory, LLC**                                   Case number (if known) _____
          _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.8** **Creditor's name**

**M2 Lease Funds**

Describe debtor's property that is subject to a lien                              **$17,316.00**          **unknown**

**Creditor's mailing address**

**175 N. Patrick Blvd. Suite 140**

**Brookfield, WI 53045**

**Describe the lien**

**Contract**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Filed UCC-1. Collateral is leased equipment.

---

Debtor    **The Cookie Factory, LLC**
Name    Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** **Creditor's name**

**Maverick Ventures, LLC**

**Describe debtor's property that is subject to a lien**

_____        $32,414.76        unknown

**Creditor's mailing address**

**41 River Street**

_____

**12180**

_____

**Describe the lien**

**Contract**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **The Cookie Factory, LLC**                                          Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.10** | **Creditor's name**

**Meridian Equipment Finance**

**Describe debtor's property that is subject to a lien**

_____    **unknown**    **unknown**

**Creditor's mailing address**

**9 Old Lincoln Highway**

_____

**Malvern, PA 19355**

**Describe the lien**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** UCC-1. Leased Equipment.

Debtor    **The Cookie Factory, LLC**                                    Case number (if known) _____
                Name

| Part 1: | Additional Page | | Column A | Column B |

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11** **Creditor's name**

**U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**unknown** **unknown**

**Creditor's mailing address**

**P.O. Box 3918**

**Portland, OR 97208-3918**

**Describe the lien**

**Security Interest in All Assets**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **The Cookie Factory, LLC**
_____    Case number (if known) _____
        Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gibbons P.C.**<br>**c/o Daniel Weinberger, Esq.**<br>**One Pennsylvania Plaza, 45th Fl Suite 4515**<br>**New York, NY 10119** | Line 2. __**6**__ | __ __ __ __ |
| **Wright Law Group, PLLC**<br>**c/o Robert M. Kline, Esq.**<br>**228 Park Ave S**<br>**New York, NY 10003-1502** | Line 2. __**7**__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                    page __12__ of __13__

Debtor    **The Cookie Factory, LLC**

Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 13

Fill in this information to identify the case:

Debtor name _____ **The Cookie Factory, LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of New York** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

__**Internal Revenue Service**__

__**Ogden, UT 84201**__

Date or dates debt was incurred

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  __(8)__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: __$54,749.98__     Priority amount: __$54,749.98__

**2.2** Priority creditor's name and mailing address

__**NYS Deptment of Taxation & Finance**__

__**Bankruptcy Section**__

__**PO Box 5300**__

__**Albany, NY 12202**__

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  __(8)__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
__Sales Tax Warrant 2/2024__

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: __$950.00__     Priority amount: __$950.00__

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

2012 Light Energy Fund

830 Loudon Road

Latham, NY 12110

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

**$196,773.20**

---

**3.2** Nonpriority creditor's name and mailing address

Affinity Bakery Partners, LLC

2928 Walden Avenue

Depew, NY 14043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

**$6,467.46**

---

**3.3** Nonpriority creditor's name and mailing address

Albany Fire

PPO 429

Watervliet, NY 12189

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

**$1,992.60**

---

**3.4** Nonpriority creditor's name and mailing address

Amerifilm Converters, LLC

85 Lincoln Highway

Kearny, NJ 07032

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

**$3,419.40**

---

| Debtor | **The Cookie Factory, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address

**Amerisource Funding, Inc.**

**7225 Langtry Suite 100**

**Houston, TX 77040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$13,000.00

---

**3.6** | Nonpriority creditor's name and mailing address

**Amtrust**

**800 Superior Avenue**

**Cleveland, OH 44114**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$6,772.00

---

**3.7** | Nonpriority creditor's name and mailing address

**Andrew Daniel & Associates, Inc.**

**9932 E. Cavalry Drive**

**Scottsdale, AZ 85262**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$23,500.00

---

**3.8** | Nonpriority creditor's name and mailing address

**Anritsu Infivis Inc.**

**701 Innovation Drive**

**Elk Grove Village, IL 60007**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$21,127.30

---

Debtor  **The Cookie Factory, LLC**
Name                                                                    Case number *(if known)*

---

## Part 2:  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,228.94 |

**AOR Sales and Marketing LLC**

**PO Box 367**

**Guilderland, NY 12084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,916.05 |

**BakeMark**

**PO Box 844935**

**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,812.00 |

**Bay State Milling**

**100 Congress Street**

**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,054.00 |

**Birkitt Mills**

**PO Box 440**

**Penn Yan, NY 14527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)* _____
_____
Name

| **Part 2:** | Additional Page |

---

**3.13** | **Nonpriority creditor's name and mailing address**

**B-Lann Equipment**

**2288 5th Avenue**

**Troy, NY 12180**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$291.06

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Bunzl**

**PO Box 402337**

**Atlanta, GA 30384**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,474.77

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Capitaland Logistics LLC**

**100 Nicholas Court**

**Schenectady, NY 12303**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,706.65

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Channel Partners Capital, LLC**

**c/o Law Offices of Charles A. Gruen**

**7703 Fifth Avenue**

**Brooklyn, NY 11209**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$100,726.90

---

Debtor    **The Cookie Factory, LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

**City of Troy**

**City Hall**

**433 River Street**

**Troy, NY 12180**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$23,941.74

---

**3.18** Nonpriority creditor's name and mailing address

**CLC Property Maintenance**

**185 Penny Royal Lane**

**Troy, NY 12180**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$729.00

---

**3.19** Nonpriority creditor's name and mailing address

**Commercial Funding Partners**

**12198 South State Street Suite 4**

**Draper, UT 84020**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$44,399.52

---

**3.20** Nonpriority creditor's name and mailing address

**Constellation New Energy**

**PO Box 4640**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$55,733.64

---

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)* _____
      Name

| Part 2: | Additional Page |
|---|---|

**3.21** | Nonpriority creditor's name and mailing address

**CoServ Corporation**

**57 South Manning Blvd.**

**Albany, NY 12203**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$81,768.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Dawn Food Products Inc.**

**PO Box 71585**

**Chicago, IL 60694**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$100,029.27**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**DFI Distribution Corporation**

**c/o Mi Bank**

**3707 W. Maple Road**

**Bloomfield Hills, MI 48301**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Ecolab, Inc.**

**PO Box 32027**

**New York, NY 10087**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,402.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,380.00 |
|---|---|---|---|

**Ecom Ingredients**

**6 Penns Trail Suite 215**

**Newtown, PA 18940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Contract**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,162.32 |
|---|---|---|---|

**Enlarged CSD of Troy**

**Tax Processing Unit**

**PO Box 12185**

**Albany, NY 12212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Taxes**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,372.25 |
|---|---|---|---|

**Estes**

**PO Box 105160**

**Atlanta, GA 30348**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Contract**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,670.00 |
|---|---|---|---|

**ETL Group, Inc.**

**115 West 25th Street 2nd Floor**

**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Contract**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,793.00 |
|---|---|---|---|

**Experian**

**475 Anton Blvd.**

**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Contract**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,617.18 |
|---|---|---|---|

**Express Service, Inc.**

**PO Box 945534**

**Atlanta, GA 30394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Contract**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.00 |
|---|---|---|---|

**Ford Credit Department**

**#194101**

**PO Box 55000**

**Detroit, MI 48255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Contract**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,518.62 |
|---|---|---|---|

**Hill and Markes**

**1997 State Highway 5S**

**Amsterdam, NY 12010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Contract**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Hillcrest Food**

**217 Edie Road**

**Saratoga Springs, NY 12866**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,578.76**

---

**3.34** Nonpriority creditor's name and mailing address

**Industrial Tool and Die**

**14 Industrial Park Road**

**Troy, NY 12180**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$340.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Inter-County Bakers, Inc.**

**1095 Long Island Avenue**

**Deer Park, NY 11729**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$155,236.06**

---

**3.36** Nonpriority creditor's name and mailing address

**Joseph P. Mangione**

**187 Fourth Street**

**Troy, NY 12180**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:**  Additional Page

| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,465.00 |
|---|---|---|---|

**Lozier**

**2011 East Main Street**

**Rochester, NY 14609**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,483.75 |
|---|---|---|---|

**Lutz, Selig & Zeronda**

**33 Century Hill Drive**

**Latham, NY 12110**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.23 |
|---|---|---|---|

**Mahoney Notify-Plus, Inc.**

**PO Box 767**

**Glens Falls, NY 12801**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,235.40 |
|---|---|---|---|

**Marlin**

**300 Fellowship Road**

**Mount Laurel, NJ 08054**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **The Cookie Factory, LLC**
Name                                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.73 |
|---|---|---|---|

**McMaster Carr**

**P.O. Box 7690**

**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,544.82 |
|---|---|---|---|

**National Grid**

**300 Erie Blvd West**

**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,522.62 |
|---|---|---|---|

**National Grid**

**300 Erie Blvd West**

**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,797.40 |
|---|---|---|---|

**New Wave Converters**

**14808 Whittram Avenue**

**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $852.48 |
|---|---|---|---|

**North Country Janitorial**

**188 Dix Avenue**

**Glens Falls, NY 12801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,298.38 |
|---|---|---|---|

**NYS Unemployment Insurance**

**PO Box 4301**

**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.00 |
|---|---|---|---|

**NYS Worker Compensation Board**

**PO Box 5529**

**Hannacroix, NY 12087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,159.87 |
|---|---|---|---|

**Orange Packaging**

**One Favoriti Ave**

**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)* _____
Name

---

### Part 2:    Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Pak West Paper and Packaging**

**4042 W. Garry Ave.**

**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Contract**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,430.00 |
|---|---|---|---|

**Patricelli Electric**

**41 Bentley Drive**

**Troy, NY 12182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Contract**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,631.30 |
|---|---|---|---|

**Pawnee Leasing**

**3801 Automation Way Suite 207**

**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Contract**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,779.84 |
|---|---|---|---|

**Penske Truck Leasing Co., L.P.**

**PO Box 827380**

**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Contract**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Phlex Proteins**

**Salisbury, NC 28147**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$9,526.20

---

**3.54** Nonpriority creditor's name and mailing address

**Pitt Ohio LTL**

**PO Box 643271**

**Pittsburgh, PA 15264**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$232.04

---

**3.55** Nonpriority creditor's name and mailing address

**Precision Specialty Contracting, LLC**

**60 Commerce Avenue**

**Albany, NY 12206**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$21,534.83

---

**3.56** Nonpriority creditor's name and mailing address

**Prestige Services**

**4 Enterprise Ave.**

**Clifton Park, NY 12065**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$696.85

---

Debtor    **The Cookie Factory, LLC**
Name                                                                      Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,158.63
| **R+L Carriers** | *Check all that apply.*
| | ☐ Contingent
| **600 Gillam Road** | ☐ Unliquidated
| **PO Box 271** | ☐ Disputed
| **Wilmington, OH 45177** | **Basis for the claim:  Contract**
| | **Is the claim subject to offset?**
| Date or dates debt was incurred | ☑ No
| Last 4 digits of account number | ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,688.50
| **Repco** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 1460** | ☐ Unliquidated
| **Salina, KS 67402** | ☐ Disputed
| | **Basis for the claim:  Contract**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number | ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,004.73
| **Rice Packaging Inc.** | *Check all that apply.*
| | ☐ Contingent
| **Po Box 122** | ☐ Unliquidated
| **Brattleboro, VT 05302-0122** | ☐ Disputed
| | **Basis for the claim:  Contract**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number | ☑ No
| | ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,876.98
| **RK Environmental Services, LLC** | *Check all that apply.*
| | ☐ Contingent
| **768 Carver Avenue** | ☐ Unliquidated
| **Westwood, NJ 07675** | ☐ Disputed
| | **Basis for the claim:  Contract**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number | ☐ Yes

---

Debtor    **The Cookie Factory, LLC**
Name
Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

**Romer Labs**

**1301 Stylemaster Drive**

**Union, MO 63084**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$508.25

---

**3.62** Nonpriority creditor's name and mailing address

**Russell Sage College**

**Cowee**

**65 First Street 2nd Floor**

**Troy, NY 12180**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

**3.63** Nonpriority creditor's name and mailing address

**Saphire**

**6 Commerce Road**

**Fairfield, NJ 07004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$18,954.82

---

**3.64** Nonpriority creditor's name and mailing address

**Scotia Linen Service**

**2053 Central Avenue**

**Albany, NY 12205**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$419.03

---

Debtor    **The Cookie Factory, LLC**

Name                                                                                    Case number *(if known)*

---

**Part 2:** Additional Page

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,506.50 |

**Siegel Egg CO**

**PO Box 7002**

**Billerica, MA 01821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | | $35,068.75 |

**Spectrum**

**PO Box 6030**

**Carol Stream, IL 60197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | | $22,106.44 |

**Sprague**

**185 International Drive**

**Portsmouth, NH 03801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | $2,248.39 |

**STRIPES**

**803 16th Avenue**

**Watervliet, NY 12189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **The Cookie Factory, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,300.00 |
|---|---|---|---|

**Sweet New England**

**600 Highland Drive Suite 618**

**Mount Holly, NJ 08060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,492.31 |
|---|---|---|---|

**Thompson & Johnson**

**6926 Fly Road**

**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,563.86 |
|---|---|---|---|

**TQL**

**PO Box 634558**

**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,086.84 |
|---|---|---|---|

**Troy IDA**

**433 River Street Suite 5001**

**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.73** | Nonpriority creditor's name and mailing address

**Uline**

**PO Box 88741**

**Chicago, IL 60680**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$932.91

---

**3.74** | Nonpriority creditor's name and mailing address

**Ungerer & Company**

**4 Ungerer Way**

**Lincoln Park, NJ 07035**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$4,177.21

---

**3.75** | Nonpriority creditor's name and mailing address

**Unicorr Packaging Group**

**4282 Paysphere Circle**

**Chicago, IL 60674**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.76** | Nonpriority creditor's name and mailing address

**Unifirst Corporation**

**PO Box 650481**

**Dallas, TX 75265**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$3,470.00

---

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.44 |
|---|---|---|---|

**3.77** Nonpriority creditor's name and mailing address

**UPS**

**PO Box 809488**

**Chicago, IL 60680**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$384.44

---

**3.78** Nonpriority creditor's name and mailing address

**Upstate backflow Testing**

**PO Box 621**

**Ballston Spa, NY 12020**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$176.55

---

**3.79** Nonpriority creditor's name and mailing address

**Werner Brothers Electric**

**677 Riverview Road**

**Rexford, NY 12148**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$10,277.44

---

**3.80** Nonpriority creditor's name and mailing address

**West & Company**

**97 North Main Street**

**Gloversville, NY 12078**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$17,861.53

---

Debtor    **The Cookie Factory, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,733.88 |
|------|--------------------------------------------------|-----------------------------------------------|------------|

**Whiteman, Osterman and Hanna, LLP**

**One Commerce Plaza**

**Albany, NY 12260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contract**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

| Debtor | The Cookie Factory, LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Barnes & Thornburg, LLP<br>c/o Julia R. Livingston, Esq.<br>390 Madison Avenue 12th Floor<br>New York, NY 10017 | Line **3.22**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | Marinstein & Marinstein, Esqs., PLLC<br>22 First Street<br>PO Box 155<br><br>Troy, NY 12181-0155 | Line **3.35**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 | Nolan Heller Kaufman LLP<br>80 State Street 11th Floor<br>Albany, NY 12207 | Line **3.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $55,699.98 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,698,809.96 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,754,509.94 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Cookie Factory, LLC** |
| United States Bankruptcy Court for the: | **Northern District of New York** |
| Case number (if known): | Chapter **7** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** | **Balboa** |
| | | **Contract to be REJECTED** | **575 Anton Blvd. 12th Floor** |
| | State the term remaining | **0 months** | **Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Minipan comby, pan buffer, steel carts, rollers, etc.** | **CFP New York, L.P.** |
| | | **Contract to be REJECTED** | **12198 South State Street Suite 4** |
| | State the term remaining | **0 months** | **Draper, UT 84020** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Uni-System with lifter, swing nozzle, and attachments** | **Falcon Equipment Finance** |
| | | **Contract to be REJECTED** | **PO Box 843840** |
| | State the term remaining | **0 months** | **Dallas, TX 75284** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing/retail space at 520 Congress Street, Troy, NY 12180** | **Fratello's** |
| | | **Contract to be REJECTED** | **520 Congress Street** |
| | State the term remaining | **0 months** | **Troy, NY 12180** |
| | List the contract number of any government contract | | |

| Debtor | **The Cookie Factory, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Comby Depositing Machine, Motorized Wire Cut Device, Rotating Gate Moulds, Flat Trays, Output Manifold, etc.** | **Innovative Capital Corp** |
| | | **Contract to be REJECTED** | **283 Ascot Run Way** |
| | State the term remaining | **0 months** | **Fort Mill, SC 29715** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **1 MIWE Orbit Roll-in Gas Oven** | **Innovative Capital Corp** |
| | | **Contract to be REJECTED** | **283 Ascot Run Way** |
| | State the term remaining | **0 months** | **Fort Mill, SC 29715** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **LBC Bakery Oven, Dolly trucks, LBC Bakery Proofer Cabinet, etc,** | **Innovative Capital Corp** |
| | | **Contract to be REJECTED** | **283 Ascot Run Way** |
| | State the term remaining | **0 months** | **Fort Mill, SC 29715** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **X-ray inspection system** | **Innovative Capital Corp** |
| | | **Contract to be REJECTED** | **283 Ascot Run Way** |
| | State the term remaining | **0 months** | **Fort Mill, SC 29715** |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Wipe gate closure, Domino Coder, Joust Labeling Machine, etc.** | **M2 Equipment Finance LLC** |
| | | **Contract to be REJECTED** | **175 N. Patrick Boulevard Suite 140** |
| | State the term remaining | **0 months** | **Brookfield, WI 53045** |
| | List the contract number of any government contract | | |

| Debtor | **The Cookie Factory, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** <br> **Contract to be REJECTED** | **Meridian Equipment Finance** <br> **9 Old Lincoln Highway** <br> **Malvern, PA 19355** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **1 IPG USA-2024 Carton Sealer & 1 Lantech Q 300 Pallet Wrapping Machine** <br> **Contract to be REJECTED** | **Pacific Packaging Products, Inc.** <br> **201 Howland Ave** <br> **Adams, MA 01220** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Retail space at 1701 Route 9, Clifton Park, NY** <br> **Contract to be REJECTED** | **The Shops at Halfmoon, LLC** <br> **3 Cemetery Road** <br> **Clifton Park, NY 12065** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **The Cookie Factory, LLC**

United States Bankruptcy Court for the: **Northern**   District of   **New York**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Alberino, Christopher** | **1511 Spring Avenue** <br> Street | **Falcon Equipment Finance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Inter-County Bakers, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| | **12198** <br> City          State          ZIP Code | **Balboa** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **CFP New York, L.P.** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **M2 Lease Funds** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Balboa** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Internal Revenue Service** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **American Packaging** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **First Utah Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **The Cookie Factory, LLC**                                    Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Channel Partners Capital, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **NYS Deptment of Taxation & Finance** | ☐ D  ☑ E/F  ☐ G |
| | | **Meridian Equipment Finance** | ☑ D  ☐ E/F  ☐ G |
| | | **CFP New York, L.P.** | ☑ D  ☐ E/F  ☐ G |
| | | **CT Corporation System** | ☑ D  ☐ E/F  ☐ G |
| | | **Falcon Equipment Finance** | ☐ D  ☐ E/F  ☑ G |
| | | **Innovative Capital Corp** | ☐ D  ☐ E/F  ☑ G |
| | | **Innovative Capital Corp** | ☐ D  ☐ E/F  ☑ G |
| | | **Innovative Capital Corp** | ☐ D  ☐ E/F  ☑ G |
| | | **Innovative Capital Corp** | ☐ D  ☐ E/F  ☑ G |
| | | **M2 Equipment Finance LLC** | ☐ D  ☐ E/F  ☑ G |
| | | **Meridian Equipment Finance** | ☐ D  ☐ E/F  ☑ G |

| Debtor | **The Cookie Factory, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Alberino, Christopher** | **1511 Spring Avenue Ext**<br>Street<br><br>**Wynantskill, NY 12198-3461**<br>City      State      ZIP Code | **Falcon Equipment Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Inter-County Bakers, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Balboa** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **CFP New York, L.P.** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **M2 Lease Funds** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Balboa** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **American Packaging** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **First Utah Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Channel Partners Capital, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **NYS Deptment of Taxation & Finance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Meridian Equipment Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **CFP New York, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **CT Corporation System** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | The Cookie Factory, LLC | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Falcon Equipment Finance** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **M2 Equipment Finance LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Meridian Equipment Finance** | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 | **Alberino, Joseph** | **162 Sherman Avenue**<br>Street<br><br>**Troy, NY 12180**<br>City          State          ZIP Code | **Falcon Equipment Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Inter-County Bakers, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Balboa** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **CFP New York, L.P.** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **M2 Lease Funds** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Balboa** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |

Debtor  __**The Cookie Factory, LLC**_____  Case number (if known) _____
        Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **American Packaging** | ☑ D ☐ E/F ☐ G |
| | | **First Utah Bank** | ☑ D ☐ E/F ☐ G |
| | | **Channel Partners Capital, LLC** | ☐ D ☑ E/F ☐ G |
| | | **NYS Deptment of Taxation & Finance** | ☐ D ☑ E/F ☐ G |
| | | **Meridian Equipment Finance** | ☑ D ☐ E/F ☐ G |
| | | **CFP New York, L.P.** | ☑ D ☐ E/F ☐ G |
| | | **CT Corporation System** | ☑ D ☐ E/F ☐ G |
| | | **Falcon Equipment Finance** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **M2 Equipment Finance LLC** | ☐ D ☐ E/F ☑ G |
| | | **Meridian Equipment Finance** | ☐ D ☐ E/F ☑ G |

| Debtor | **The Cookie Factory, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**2.4** **Alberino, Joseph**

162 Sherman Ave
Street

Troy, NY 12180-6136
City          State          ZIP Code

| Creditor Name | Schedules |
|---|---|
| **Falcon Equipment Finance** | ☑ D ☐ E/F ☐ G |
| **Inter-County Bakers, Inc.** | ☐ D ☑ E/F ☐ G |
| **Balboa** | ☐ D ☐ E/F ☑ G |
| **CFP New York, L.P.** | ☐ D ☐ E/F ☑ G |
| **M2 Lease Funds** | ☑ D ☐ E/F ☐ G |
| **Balboa** | ☑ D ☐ E/F ☐ G |
| **Internal Revenue Service** | ☐ D ☑ E/F ☐ G |
| **American Packaging** | ☑ D ☐ E/F ☐ G |
| **First Utah Bank** | ☑ D ☐ E/F ☐ G |
| **Channel Partners Capital, LLC** | ☐ D ☑ E/F ☐ G |
| **NYS Deptment of Taxation & Finance** | ☐ D ☑ E/F ☐ G |
| **Meridian Equipment Finance** | ☑ D ☐ E/F ☐ G |
| **CFP New York, L.P.** | ☑ D ☐ E/F ☐ G |
| **CT Corporation System** | ☑ D ☐ E/F ☐ G |

| Debtor | **The Cookie Factory, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Falcon Equipment Finance** | ☐ D ☐ E/F ☑ G |
| | | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | | **M2 Equipment Finance LLC** | ☐ D ☐ E/F ☑ G |
| | | | **Meridian Equipment Finance** | ☐ D ☐ E/F ☑ G |
| 2.5 | **Christopher Alberino** | **1511 Spring Avenue Ext** <br> Street <br><br> **Wynantskill, NY 12198-3461** <br> City        State        ZIP Code | **Falcon Equipment Finance** | ☑ D ☐ E/F ☐ G |
| | | | **Inter-County Bakers, Inc.** | ☐ D ☑ E/F ☐ G |
| | | | **Balboa** | ☐ D ☐ E/F ☑ G |
| | | | **CFP New York, L.P.** | ☐ D ☐ E/F ☑ G |
| | | | **M2 Lease Funds** | ☑ D ☐ E/F ☐ G |
| | | | **Balboa** | ☑ D ☐ E/F ☐ G |
| | | | **Internal Revenue Service** | ☐ D ☑ E/F ☐ G |

Debtor    **The Cookie Factory, LLC** _____    Case number (if known) _____
Name

| | |
|---|---|
| ▮ | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **American Packaging** | ☑ D<br>☐ E/F<br>☐ G |
| | | **First Utah Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Channel Partners Capital, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **NYS Deptment of Taxation & Finance** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Meridian Equipment Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | | **CFP New York, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **CT Corporation System** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Falcon Equipment Finance** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Innovative Capital Corp** | ☐ D<br>☐ E/F<br>☑ G |
| | | **M2 Equipment Finance LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Meridian Equipment Finance** | ☐ D<br>☐ E/F<br>☑ G |

| Debtor | **The Cookie Factory, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | **Colin G. Halpern** | **273 Porto Vecchio Way**<br>Street<br><br>**Palm Bch Gdns, FL 33418-6215**<br>City    State    ZIP Code | **Channel Partners Capital, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Innovative Capital Corp** | ☐ D  ☐ E/F  ☑ G |
| | | | **Meridian Equipment Finance** | ☐ D  ☐ E/F  ☑ G |
| 2.7 | **Joseph Alberino, III** | **162 Sherman Ave**<br>Street<br><br>**Troy, NY 12180-6136**<br>City    State    ZIP Code | **Falcon Equipment Finance** | ☑ D  ☐ E/F  ☐ G |
| | | | **Inter-County Bakers, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | | **Balboa** | ☐ D  ☐ E/F  ☑ G |
| | | | **CFP New York, L.P.** | ☐ D  ☐ E/F  ☑ G |
| | | | **M2 Lease Funds** | ☑ D  ☐ E/F  ☐ G |
| | | | **Balboa** | ☑ D  ☐ E/F  ☐ G |
| | | | **Internal Revenue Service** | ☐ D  ☑ E/F  ☐ G |
| | | | **American Packaging** | ☑ D  ☐ E/F  ☐ G |
| | | | **First Utah Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **Channel Partners Capital, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **NYS Deptment of Taxation & Finance** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **The Cookie Factory, LLC** | Case number (if known) | |
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Meridian Equipment Finance** | ☑ D ☐ E/F ☐ G |
| | | **CFP New York, L.P.** | ☑ D ☐ E/F ☐ G |
| | | **CT Corporation System** | ☑ D ☐ E/F ☐ G |
| | | **Falcon Equipment Finance** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **Innovative Capital Corp** | ☐ D ☐ E/F ☑ G |
| | | **M2 Equipment Finance LLC** | ☐ D ☐ E/F ☑ G |
| | | **Meridian Equipment Finance** | ☐ D ☐ E/F ☑ G |

Fill in this information to identify the case:

Debtor name _____**The Cookie Factory, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of New York**_____

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................

   | $645.64 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................

   | $645.64 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $483,273.85 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   | $55,699.98 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $1,698,809.96 |

4. **Total liabilities**.......................................................................................................................
   Lines 2 + 3a + 3b

   | $2,237,783.79 |

Fill in this information to identify the case:

Debtor name _____**The Cookie Factory, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of New York**_____

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | (1,944,340)<br>$0.00 |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | (1,606,714)<br>$0.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor    **The Cookie Factory, LLC**                                      Case number *(if known)* _____

Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor ___The Cookie Factory, LLC_____     Case number *(if known)* _____

     Name

**5.1.** _____    _____    _____    _____

Creditor's name

_____

Street

_____

_____

City        State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City  State  ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1.** | **First Utah Bank v. The Cookie Factory, LLC, Christopher Alberino, and Joseph Alberino** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br><br> **80 2nd St** <br> Street <br><br> **Troy, NY 12180-4098** <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **EF2024-276179** | | | |
| **7.2.** | **Channel Partners Capital, LLC -against- The Cookie Factory LLC, Joseph A. Alberino III, Christopher M. Alberino and Goin G. Halpern** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br><br> **80 2nd St** <br> Street <br><br> **Troy, NY 12180-4098** <br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **EF2023-275069** | | | |

Debtor   **The Cookie Factory, LLC**
　　　　　Name

Case number *(if known)*

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Dawn Food Products, Inc. -against- The Cookie Factory, LLC** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br> **80 2nd St** <br> Street <br><br> **Troy, NY 12180-4098** <br> City　　State　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Falcon Equipment Finance -against- The Cookie Factory LLC, Christopher M. Alberino, and Joseph A. Alberino, III** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br> **80 2nd St** <br> Street <br><br> **Troy, NY 12180-4098** <br> City　　State　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **EF2023-275158** | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Inter-County Bakers Inc. -against- The Cookie Factory LLC, Christopher M. Alberino, and Joseph A. Alberino, III** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br> **80 2nd St** <br> Street <br><br> **Troy, NY 12180-4098** <br> City　　State　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **EF2023-274647** | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Light Energy Fund I, LP -against- The Cookie Factory, LLC** | **Contract** | **Albany County Supreme Court** <br> Name <br> **16 Eagle Street** <br> Street <br> **Albany County Courthouse** <br> **Albany, NY 12207** <br> City　　State　ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **907360-22** | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Meridian Equipment Finance LLC -against- The Cookie Factory LLC, Colin G. Halpern, Joseph A. Alberino III, and Christopher M. Alberino** | **Contract** | **Court of Common Pleas, Philadelphia County, PA** <br> Name <br><br> Street <br><br> City　　State　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **240100848** | | | |

Debtor    **The Cookie Factory, LLC**                                                    Case number *(if known)*
_____
Name

| | 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|---|

| 7.8. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **New Wave Converting, Inc. -against- The Cookie Factory, LLC** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br> **80 2nd St** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **EF2023-273980** | | **Troy, NY 12180-4098** <br> City          State      ZIP Code | |
| 7.9. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Blower-Dempsy Corporation, Inc. -against- The Cookie Factory, LLC** | **Contract** | **Superior Court of California, Orange County** <br> Name <br> _____ <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **20-2023-01306864-CL-BC-CJC** | | _____ <br> City          State      ZIP Code | |
| 7.10. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Pawnee Leasing Corporation -against- The Cookie Factory LLC, Christopher Alberino** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br> **80 2nd St** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **622089/2023** | | **Troy, NY 12180-4098** <br> City          State      ZIP Code | |
| 7.11. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Rice Packaging Inc. -against- The Cookie Factory LLC** | **Contract** | **NYS Supreme Court, Rensselaer County** <br> Name <br> **80 2nd St** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **EF2023-275127** | | **Troy, NY 12180-4098** <br> City          State      ZIP Code | |
| 7.12. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Thompson & Johnson Equipment Co., Inc. v. The Cookie Factory, LLC** | **Contract** | **NYS Supreme Court, Onondaga County** <br> Name <br> _____ <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **11440/2023** | | _____ <br> City          State      ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Balboa Capital Corporation v. The Cookie Factory, LLC et. al.** | **Contract** | **Superior Court of California, Orange County** <br> Name <br><br> Street <br><br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City   State   ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City   State   ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br> City   State   ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **The Cookie Factory, LLC**                                          Case number *(if known)*
_____
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Dribusch Law Firm** | **Attorney's Fee & Disbursement** | **8/29/2024** | **$5,338.00** |

**Address**

**187 Wolf Rd Ste 300-20**
Street

**Albany, NY 12205-1138**
City                    State      ZIP Code

**Email or website address**

**cdribusch@chd-law.com**

**Who made the payment, if not debtor?**

**Christopher Alberino**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)*
    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Christopher Alberino & Joseph Alberino** | **Repayment of debt through an assignment of assets owned by the Debtor to Christopher and Joseph Alberino. Member formed and transferred assets to Three Partners Pastry, LLC.** | **5/16/2023** | **$553,600.00** |
| | Address | | | |
| | **1511 Spring Avenue Ext** | | | |
| | Street | | | |
| | | | | |
| | **Wynantskill, NY 12198-3461** | | | |
| | City    State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Members/Lenders** | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | | |
| | City    State   ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  The Cookie Factory, LLC

Name

Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  _____          _____          _____

Facility name

| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City            State    ZIP Code

*Check all that apply:*

❑ Electronically

❑ Paper

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

❑ No

❑ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other | _____ | _____ |

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)*
_____
Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor  **The Cookie Factory, LLC**                                                           Case number *(if known)* _____
          Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City        State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State     ZIP Code | City        State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State     ZIP Code | City        State     ZIP Code | | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **The Cookie Factory, LLC**                                    Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____    To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **West & Company LLC**<br>Name<br>**60 Railroad Place**<br>Street<br><br>**Saratoga Springs, NY 12866**<br>City          State    ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **West & Company**<br>Name<br>**60 Railroad Place**<br>Street<br><br>**Saratoga Springs, NY 12866**<br>City          State    ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Christopher Alberino**<br>Name<br>**1511 Spring Avenue Ext**<br>Street<br><br>**Wynantskill, NY 12198-3461**<br>City          State    ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **The Cookie Factory, LLC**    Case number *(if known)* _____
     Name

| Name and address |
| --- |

26d.1. _____

Name

_____

Street

_____

_____

City                          State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____

Name

_____

Street

_____

_____

City                          State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Christopher Alberino** | **1511 Spring Avenue Ext Wynantskill, NY 12198-3461** | **Member, Ownership** | **50.00%** |
| **Joseph Alberino, III** | **162 Sherman Ave Troy, NY 12180-6136** | **Member, Ownership** | **50.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Colin G. Halpern** | **273 Porto Vecchio Way Palm Bch Gdns, FL 33418-6215** | **,** | From _____ <br> To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    The Cookie Factory, LLC
Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**

Name

Street

City                State        ZIP Code

**Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/10/2024**
MM/ DD/ YYYY

**X** **/s/ Christopher M. Alberino**              Printed name              **Christopher M. Alberino**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor              **Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **The Cookie Factory, LLC**

United States Bankruptcy Court for the:
**Northern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/10/2024
        MM/  DD/  YYYY

**X** /s/ Christopher M. Alberino
Signature of individual signing on behalf of debtor

**Christopher M. Alberino**
Printed name

**Member**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

**In re**    The Cookie Factory, LLC

Case No. _____

**Debtor**

Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................................................ **$5,338.00**

   Prior to the filing of this statement I have received ............................................................................. **$5,338.00**

   Balance Due ........................................................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Subject to terms, conditions, and provisions of retainer agreement and Local Bankruptcy Rules

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __09/10/2024__ | __/s/ Christian H. Dribusch__ |
| *Date* | Christian H. Dribusch |
| | *Signature of Attorney* |

Bar Number: 507021
The Dribusch Law Firm
187 Wolf Rd Ste 300-20
Albany, NY 12205-1138
Phone: (518) 227-0026

| |
|---|
| __The Dribusch Law Firm__ |
| *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE: **The Cookie Factory, LLC**                                            CASE NO

                                                                            CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  **09/10/2024**          Signature                    **/s/ Christopher M. Alberino**
                                                         Christopher M. Alberino, Member

2012 Light Energy Fund
830 Loudon Road
Latham, NY 12110


Affinity Bakery Partners, LLC
2928 Walden Avenue
Depew, NY 14043


Albany Fire
PPO 429
Watervliet, NY 12189


Christopher Alberino
1511 Spring Avenue
12198


Christopher Alberino
1511 Spring Avenue Ext
Wynantskill, NY 12198-3461


Joseph Alberino
162 Sherman Avenue
Troy, NY 12180


Joseph Alberino
162 Sherman Ave
Troy, NY 12180-6136


American Packaging
1491 San Carlos Avenue
Concord, CA 94518

Amerifilm Converters, LLC
85 Lincoln Highway
Kearny, NJ 07032

Amerisource Funding, Inc.
7225 Langtry Suite 100
Houston, TX 77040

Amtrust
800 Superior Avenue
Cleveland, OH 44114

Andrew Daniel & Associates,
Inc.
9932 E. Cavalry Drive
Scottsdale, AZ 85262

Anritsu Infivis Inc.
701 Innovation Drive
Elk Grove Village, IL 60007

AOR Sales and Marketing LLC
PO Box 367
Guilderland, NY 12084

BakeMark
PO Box 844935
Los Angeles, CA 90084

Balboa
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626

Barnes & Thornburg, LLP
c/o Julia R. Livingston, Esq.
390 Madison Avenue 12th Floor
New York, NY 10017


Bay State Milling
100 Congress Street
Quincy, MA 02169


Birkitt Mills
PO Box 440
Penn Yan, NY 14527


B-Lann Equipment
2288 5th Avenue
Troy, NY 12180


Bunzl
PO Box 402337
Atlanta, GA 30384


Capitaland Logistics LLC
100 Nicholas Court
Schenectady, NY 12303


CFP New York, L.P.
12198 South State Street Suite 4
Draper, UT 84020


Channel Partners Capital, LLC
c/o Law Offices of Charles A. Gruen
7703 Fifth Avenue
Brooklyn, NY 11209

Christopher Alberino
1511 Spring Avenue Ext
Wynantskill, NY 12198-3461


City of Troy
City Hall
433 River Street
Troy, NY 12180


CLC Property Maintenance
185 Penny Royal Lane
Troy, NY 12180


Colin G. Halpern
273 Porto Vecchio Way
Palm Bch Gdns, FL 33418-6215


Commercial Funding Partners
12198 South State Street Suite 4
Draper, UT 84020


Constellation New Energy
PO Box 4640
Carol Stream, IL 60197


CoServ Corporation
57 South Manning Blvd.
Albany, NY 12203


CSC
801 Adlai Stevenson Dr
Springfield, IL 62703-4261

CT Corporation System
2929 Allen Parkway Suite 3300
Houston, TX 77019

Dawn Food Products Inc.
PO Box 71585
Chicago, IL 60694

DFI Distribution Corporation
c/o Mi Bank
3707 W. Maple Road
Bloomfield Hills, MI 48301

Ecolab, Inc.
PO Box 32027
New York, NY 10087

Ecom Ingredients
6 Penns Trail Suite 215
Newtown, PA 18940

Enlarged CSD of Troy
Tax Processing Unit
PO Box 12185
Albany, NY 12212

Estes
PO Box 105160
Atlanta, GA 30348

ETL Group, Inc.
115 West 25th Street 2nd Floor
New York, NY 10001

Experian
475 Anton Blvd.
Costa Mesa, CA 92626


Express Service, Inc.
PO Box 945534
Atlanta, GA 30394


Falcon Equipment Finance
PO Box 843840
Dallas, TX 75284


First Utah Bank
3826 South 2300 East
Salt Lake City, UT 84109


Ford Credit Department
#194101
PO Box 55000
Detroit, MI 48255


Fratello's
520 Congress Street
Troy, NY 12180


Gibbons P.C.
c/o Daniel Weinberger, Esq.
One Pennsylvania Plaza, 45th Fl Suite 4515
New York, NY 10119

Hill and Markes
1997 State Highway 5S
Amsterdam, NY 12010

Hillcrest Food
217 Edie Road
Saratoga Springs, NY 12866

Industrial Tool and Die
14 Industrial Park Road
Troy, NY 12180

Innovative Capital Corp
283 Ascot Run Way
Fort Mill, SC 29715

Innovative Capital Corp.
127 Ben Casey Drive Suite 104
Fort Mill, SC 29708

Inter-County Bakers, Inc.
1095 Long Island Avenue
Deer Park, NY 11729

Internal Revenue Service
Ogden, UT 84201

Joseph Alberino
162 Sherman Ave
Troy, NY 12180-6136

Joseph P. Mangione
187 Fourth Street
Troy, NY 12180

Lozier
2011 East Main Street
Rochester, NY 14609

Lutz, Selig & Zeronda
33 Century Hill Drive
Latham, NY 12110

M2 Equipment Finance LLC
175 N. Patrick Boulevard Suite 140
Brookfield, WI 53045

M2 Lease Funds
175 N. Patrick Blvd. Suite 140
Brookfield, WI 53045

Mahoney Notify-Plus, Inc.
PO Box 767
Glens Falls, NY 12801

Marinstein & Marinstein,
Esqs., PLLC
22 First Street
PO Box 155
Troy, NY 12181-0155

Marlin
300 Fellowship Road
Mount Laurel, NJ 08054

Maverick Ventures, LLC
41 River Street
12180

McMaster Carr
P.O. Box 7690
Chicago, IL 60680-7690

Meridian Equipment Finance
9 Old Lincoln Highway
Malvern, PA 19355

National Grid
300 Erie Blvd West
Syracuse, NY 13202

New Wave Converters
14808 Whittram Avenue
Fontana, CA 92335

Nolan Heller Kaufman LLP
80 State Street 11th Floor
Albany, NY 12207

North Country Janitorial
188 Dix Avenue
Glens Falls, NY 12801

NYS Deptment of Taxation &
Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12202

NYS Unemployment
Insurance
PO Box 4301
Binghamton, NY 13902

NYS Worker Compensation
Board
PO Box 5529
Hannacroix, NY 12087

Orange Packaging
One Favoriti Ave
Newburgh, NY 12550

Pacific Packaging Products,
Inc.
201 Howland Ave
Adams, MA 01220

Pak West Paper and
Packaging
4042 W. Garry Ave.
Santa Ana, CA 92704

Patricelli Electric
41 Bentley Drive
Troy, NY 12182

Pawnee Leasing
3801 Automation Way Suite 207
Fort Collins, CO 80525

Penske Truck Leasing Co., L.P.
PO Box 827380
Philadelphia, PA 19182

Phlex Proteins
Salisbury, NC 28147

Pitt Ohio LTL
PO Box 643271
Pittsburgh, PA 15264

Precision Specialty
Contracting, LLC
60 Commerce Avenue
Albany, NY 12206

Prestige Services
4 Enterprise Ave.
Clifton Park, NY 12065

R+L Carriers
600 Gillam Road
PO Box 271
Wilmington, OH 45177

Repco
PO Box 1460
Salina, KS 67402

Rice Packaging Inc.
Po Box 122
Brattleboro, VT 05302-0122

RK Environmental Services,
LLC
768 Carver Avenue
Westwood, NJ 07675

Romer Labs
1301 Stylemaster Drive
Union, MO 63084

Russell Sage College
Cowee
65 First Street 2nd Floor
Troy, NY 12180


Saphire
6 Commerce Road
Fairfield, NJ 07004


Scotia Linen Service
2053 Central Avenue
Albany, NY 12205


Siegel Egg CO
PO Box 7002
Billerica, MA 01821


Spectrum
PO Box 6030
Carol Stream, IL 60197


Sprague
185 International Drive
Portsmouth, NH 03801


STRIPES
803 16th Avenue
Watervliet, NY 12189


Sweet New England
600 Highland Drive Suite 618
Mount Holly, NJ 08060

The Cookie Factory, LLC
41 River Street
Troy, NY 12180

The Shops at Halfmoon, LLC
3 Cemetery Road
Clifton Park, NY 12065

Thompson & Johnson
6926 Fly Road
East Syracuse, NY 13057

TQL
PO Box 634558
Cincinnati, OH 45263

Troy IDA
433 River Street Suite 5001
Troy, NY 12180

U.S. Small Business
Administration
P.O. Box 3918
Portland, OR 97208-3918

Uline
PO Box 88741
Chicago, IL 60680

Ungerer & Company
4 Ungerer Way
Lincoln Park, NJ 07035

Unicorr Packaging Group
4282 Paysphere Circle
Chicago, IL 60674

Unifirst Corporation
PO Box 650481
Dallas, TX 75265

UPS
PO Box 809488
Chicago, IL 60680

Upstate backflow Testing
PO Box 621
Ballston Spa, NY 12020

Werner Brothers Electric
677 Riverview Road
Rexford, NY 12148

West & Company
97 North Main Street
Gloversville, NY 12078

Whiteman, Osterman and
Hanna, LLP
One Commerce Plaza
Albany, NY 12260

Wright Law Group, PLLC
c/o Robert M. Kline, Esq.
228 Park Ave S
New York, NY 10003-1502