**THE COOKIE FACTORY-TRO**
520 Congress Street
TROY, NY 121804451
5182681060
COOKIEFACTORYLLC.COM

27-Sep-2024 9:59:47A

| | | |
|---|---|---|
| 1 Fudge Fantasies Package | | $5.99 |
| **Total Taxes** | | $0.00 |
| **Total** | | $5.99 |
| CASH SALE | | $5.99 |
| Cash tendered | | $20.00 |
| Change | | $14.01 |

Refund Policy:NO cash refunds. If product is unsatisfactory it can be returned for an exchange with original receipt.
Merchant Copy

Clover ID: NRAHQVN52WV12
Payment 021V02XT8DK5W

Clover Privacy Policy
https://clover.com/privacy