So Ordered.

Signed this 10 day of October, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

THE COOKIE FACTORY, LLC

                *Debtor*.

Chapter 7

Case No.  24-11002-REL

---------------------------------------------------------------X

**ORDER DENYING MOTION FOR
CLOSURE OF BUSINESS AND CEASE OPERATING**

    WHEREAS Marc Ehrlich ("*Trustee*") filed a motion pursuant to 11 U.S.C. §105 returnable before the Bankruptcy Court on October 2, 2024 requesting that the Bankruptcy Court direct The Cookie Factory, LLC ("*Debtor*") to close the business and cease operating (the "*Motion*") (ECF#12).

    WHEREAS the matter came on to be heard before the Bankruptcy Court and counsel for the Debtor advanced arguments in opposition to the Motion and the Chapter 7 Trustee and Office of the United States Trustee advanced arguments in support of the Motion.

WHEREAS counsel for Sunmark Federal Credit Union and counsel for Inter-County Bakers, Inc. having appeared and been heard on the Motion.

NOW, THEREFORE, upon consideration of the pleadings and argument, over the opposition of the Trustee and the United States Trustee, for the Reasons set forth in the record, it is hereby:

**ORDERED**, that the Motion is denied *without prejudice*.

# # # # # #