So Ordered.

Signed this 16 day of October, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:                                                          **ORDER APPOINTING**
                                                                **LAW FIRM**
    THE COOKIE FACTORY, LLC,

                                      Case No. 24-11002
                    Debtor
_____

       The Court having considered the foregoing application of the Trustee to employ the Law Firm of which he is a member to act as attorney for the Estate and the declaration of Marc S. Ehrlich in support thereof, and it appearing that Ehrlich Law Firm, P.C. is a disinterested person and that the employment is in the best interest of the Estate and the economical administration thereof, it is

       ORDERED that Marc S. Ehrlich, Trustee herein, is authorized to employ Ehrlich Law Firm, PC of which said Trustee is a member, to act as attorney for the Trustee and the Estate, pursuant to 11 U.S.C. section 327(d), with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof. And it is further

ORDERED that ten business days prior to any increases in Ehrlich Law Firm, PC's rates for any individual employed by Ehrlich Law Firm, PC and retained by the Trustee pursuant to Court Order, Ehrlich Law Firm, PC shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. section 330(a)(3)(F).  Parties in interest, including the United States Trustee,  retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. section 330.  Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee.

###