So Ordered.

Signed this 17 day of October, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
In re:

       THE COOKIE FACTORY, LLC,        **Case No. 24-11002**
                                 **Chapter 7**

              Debtor.
----------------------------------------------------------------

### <u>STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

      WHEREAS debtor The Cookie Factory, LLC (the "Debtor") filed its petition for relief under Chapter 7 of the United States Bankruptcy Code on September 10, 2024;

      WHEREAS Marc Ehrlich, Esq. is the duly appointed and serving Chapter 7 Trustee (the "Trustee");

      WHEREAS Sunmark Federal Credit Union ("Sunmark") is prosecuting a foreclosure action captioned *Sunmark Federal Credit Union v. Fratello's Holdings, LLC, The Cookie Factory LLC et al.* (Index No. EF2023-275358) (the "Action"); and

      WHEREAS the Debtor is named a party defendant in the Action as a result of its status as

1

a tenant in the premises being foreclosed therein and as a guarantor of the commercial loan obligations owed to Sunmark; and

WHEREAS the Debtor is no longer operating its business in the mortgaged premises subject to the Action; and

WHEREAS the premises being foreclosed are not property of this estate;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.     Sunmark is granted relief from the automatic stay to pursue its foreclosure action to judgment and sale.

2.     Sunmark is further granted relief from the automatic stay to seek and obtain a deficiency judgment against non-debtors and against the Debtor for purposes of filing an unsecured claim in this case, if necessary, but shall not otherwise enforce any deficiency judgment against the Debtor so long as this case is still pending.

3.     The stay imposed on the effectiveness of this Stipulated Order under Fed. R. Bankr. Pro. 6004(h) is hereby waived.

Dated: October 16, 2024

<div style="margin-left:40%">

Respectfully submitted,

 /s/Paul A. Levine
Paul A. Levine, Esq.
LEMERY GREISLER LLC
Attorneys for Sunmark Federal Credit Union
Office and P.O. Address
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800


 /s/Christian H. Dribusch
Christian H. Dribusch, Esq.
Debtor's Counsel
187 Wolf Road, Suite 300-20
Albany, New York 12205
(518) 227-0026

</div>

2

 /s/ Marc Ehrlich
Chapter 7 Trustee
64 2nd Street
Troy, New York 12180
(518) 272-3110


###