United States Bankruptcy Court
Northern District of New York
All Divisions

## This Form Is To Be Used For Motion[1] Calendar Only.

Case Name: The Cookie Factory, LLC

Case No.: 24-11002

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___27___

Reason for Adjournment Request:

Original Return Date of Motion: 12/18/24

Number of prior adjournment request that have been made ___0___

☐ Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 12/18/24

Requested Adjourned Hearing Date: 1/15/25

Requesting Attorney's Name, Office Address, Phone and Email Address:
Marc S. Ehrlich, Esq., Chapter 7 Trustee
64 Second Street, Troy, NY 12180
518 272-2110
mehrlich@eapclaw.com

Consent of All Parties Obtained?  ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

## This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)