**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: The Cookie Factory, LLC

Case No.: 24-11002

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.:     27

   Reason for Adjournment Request: Attempt to address turnover / identify issues

   Original Return Date of Motion: 12/18/2024

   Number of prior adjournment request that have been made    1

☐ Notification of Withdrawal of  ☒ Motion;  ☐ Opposition/Response;  ☐ Other: _____
   at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 1/15/2025

Requested Adjourned Hearing Date: 2/5/2025

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Christian Dribusch
  187 Wolf Road, Albany, NY 12205
  (518) 227-2206
  cdribusch@chd-law.com

Consent of All Parties Obtained?   ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Marc Ehrlich, Chapter 7 Trustee

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)