UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| The Cookie Factory, LLC | Case No. 24-11002-1-rel |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Channel Partners Capital, LLC d/b/a Channel Partners Equipment Finance (hereinafter referred to as "CHANNEL"), which is a creditor and a party in interest in this bankruptcy case, and pursuant to, inter alia, Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9001 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at 381 Broadway, Suite 300, Westwood, NJ 07675.

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that CHANNEL does not intend this Notice of Appearance and Demand for Service of Papers, nor any subsequent appearance, pleading, claim or suit to waive any rights to which CHANNEL is entitled including, but not limited to,

(i) CHANNEL's right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) CHANNEL's right to a trial by jury in any proceeding related to this case, (iii) CHANNEL's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which CHANNEL is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CHANNEL expressly reserves.

> LAW OFFICES OF CHARLES A. GRUEN
> Attorneys for Secured Creditor
> Channel Partners Capital, LLC d/b/a
> Channel Partners Equipment Finance
>
> By:_____
> CHARLES A. GRUEN (CG 5456)
> 381 Broadway, Suite 300
> Westwood, NJ 07675
> (201) 342-1212

Dated: January 17, 2025