UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

THE COOKIE FACTORY, LLC

Debtor Corporation

AFFIDAVIT

Case No. 24-11002

Marc S. Ehrlich, Chapter 7 Trustee, being duly sworn, deposes and says:

1. I am making this affidavit in support of my Motion as Trustee to approve the sale of the Trustee's interest in debtor corporation's 2015 Nissan Cargo Van 1500 motor vehicle.

2. The asset is a 2015 Nissan Cargo Van 1500 motor vehicle. The VIN is 1N6BFOKM5FN802186. The vehicle has approximately 161,407 miles.

3. The Trustee has received an appraisal letter from Bruce Bonnier of Bonniers Service, Inc. valuing the vehicle in its current condition at $3,500.00. The appraisal letter sets forth that the vehicle needs new rotors, new brakes, and tires.

4. The motor vehicle is free and clear of liens.

5. The proposed purchaser is 3 Partners Pastry, LLC.

6. Upon information and belief, the owners of 3 Partners Pastry, LLC are Christopher M. Alberino and Joseph A. Alberino, Jr. They are also the owners of debtor corporation.

7. The Trustee has received a purchase offer from 3 Partners Pastry, LLC with a proposed purchase price of $3,500.00.

8. The asset is being sold without any warranties of any type and is being sold "as is" and "where is."

9. There are no exemption claimed against this asset.

10. This Motion to Approve Sale is being made subject to higher and better offers received on or before the return date of this Motion by the Trustee.

11. A copy of all supporting documents in connection with the proposed sale can be obtained by contacting the undersigned Trustee or the U.S. Bankruptcy Court Clerk's Office.

12. Said sale will take place at the U.S. Bankruptcy Court at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, Room 306.

13. Objections and requests for a hearing before the Bankruptcy Judge, if any, as to the above sale, shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the undersigned Trustee and the United States Trustee in compliance with the Bankruptcy Rules and the Local Bankruptcy Rules for the Northern District of New York. Any objections untimely filed and served will be deemed waived.

14. No previous application for this relief has been made by me.

WHEREFORE, your deponent respectfully requests that an Order be issued approving the sale of the asset as set forth above.

_____
Marc S. Ehrlich

Sworn to before me the
10th day of February, 2025

_____
Notary Public

NANCY TERNENT
Notary Public, State of New York
No. 4668182
Qualified in Albany County
Commission Expires _10/31/26_