# BONNIERS SERVICE, INC

1140 NYS RT 40
SCHAGHTICOKE, NY 12154
518-753-6196

To Whom It May Concern,

Comparing to other 2015 Nissan vans, they go for approximately $6,000. Taking into consideration the condition of this van, needing new rotors, brakes, tires and inspection, it's going to cost around $3,000.00 for repairs. I'd value the truck's condition today at $3,000.

2015 Nissan Cargo Van 1500
Vin# 1N6BF0KM5FN802186
Mileage: 161,407

Best Regards,

Butch Bonnier