# Marc Ehrlich

| | |
|---|---|
| **From:** | Christian Dribusch <cdribusch@chd-law.com> |
| **Sent:** | Monday, December 30, 2024 4:01 PM |
| **To:** | Marc Ehrlich |
| **Cc:** | Chris A TCFNY |
| **Subject:** | The Cookie Factory, LLC; Chapter 7 |

Hi Marc,

I understand that 3 Partners can offer a lump sum payment of $3,500 to purchase the Nissan van. It is currently sitting in the lot in need of approximately $2,500 in repairs to put it back on the road. I understand from Mr. Alberino that this is a time sensitive offer because due to the inability to operate from the primary site, 3 Partners no longer needs its box truck for wholesale operations but could use the van for its retail operation, so let me know whether the bankruptcy estate is inclined to advance the sale. Naturally, 3 Partners understand that the offer is subject to Bankruptcy Court approval after the solicitation of higher and better offers.

I do not represent 3 Partners, but the principals of TCFNY requested that I forward the offer.

Please let me know either way.

Thanks.

Chris

**Christian H. Dribusch**
**The Dribusch Law Firm**
p: 518.227.0026
e: cdribusch@chd-law.com
w: www.chd-law.com
a: 187 Wolf Road • Suite 300-020 • Albany • N.Y. 12205

1