UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: The Cookie Factory | CASE NO. 24-11002

Debtor

NOTICE OF ASSET CASE

To:    Clerk, United States Bankruptcy Court

The undersigned trustee has determined that property of the above referenced estate is available for distribution to creditors in accordance with 11 U.S.C. Section 726.

**PLEASE DESIGNATE THIS CASE AS AN ASSET CASE AND NOTIFY ALL CREDITORS
LISTED ON THE MAILING MATRIX TO FILE PROOFS OF CLAIMS.**

Dated: February 18, 2025

_____
MARC S. EHRLICH, TRUSTEE