UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    THE COOKIE FACTORY, LLC,

           Debtor

AFFIDAVIT IN SUPPORT OF MOTION FOR AN ORDER APPROVING SALE OF PERSONAL PROPERTY CONSISTING OF CERTAIN MACHINERY

Case No. 24-11002

Marc S. Ehrlich, Esq., being duly sworn deposes and says:

1.    I am the Chapter 7 Trustee in the above-referenced case. I am making this Affidavit in support of my Motion as Trustee for an Order Approving Sale, pursuant to 11 U.S.C. Section 363 of the Trustee's interest in a Flow Wrapper 450 Packaging Machine, Smart HP TIJ InkJet Printer, Joust SSK-C Series Labeling Machine SN : 1883-01-0521; and a Domino V2301 43 MMTT Coder.

2.    The source of my knowledge for this application is personal knowledge, documents contained in my file, e-mail exchanges with David E. Siegfeld, Esq., attorney for Old World Productions, LLC, UCC Financing Statements, and a compromise secured loan payoff letter from M2 Equipment Finance, LLC, dated August 25, 2025.

3.    Debtor corporation filed a Chapter 7 petition on September 10, 2024.

4.    Debtor corporation owned a Flow Wrapper 450 Packaging Machine, Smart HP TIJ InkJet Printer, Joust SSK-C Series Labeling Machine SN : 1883-01-0521; and a Domino V2301 43 MMTT Coder (collectively referred to as "Machinery") all secured by a perfected security interest held by M2 Equipment Finance, LLC.

5.    Ownership of the machinery was transferred on or about May 16, 2023 by the

principals of debtor corporation, Joseph A. Alberino, III and Christopher M. Alberino to themselves individually. The principals then, in turn, transferred the same machinery to 3 Partners Pastries, LLC, an entity owned either directly or through wholly owned entities owned by the principals Joseph A. Alberino, III and Christopher M. Alberino.

6. The machinery assets transferred were part of the bulk transfer of assets by debtor corporation made for less than fair and equal consideration.

7. The Trustee has received an offer to purchase the machinery made by Old World Productions, LLC for the sum of Twenty Nine Thousand Dollars ($29,000.00), made through an exchange of e-mails between the Trustee and David E. Siegfeld, Esq.

8. Old World Productions, LLC would pay over to M2 Equipment Finance, LLC directly by the buyer to the secured creditor the sum of Twenty Five Thousand Dollars ($25,000.00) as a compromise payoff amount and Four Thousand Dollars ($4,000.00) of the purchase price would be paid directly into the Estate for subsequent distribution to the creditors.

9. 3 Partners Pastries, LLC has consented to the sale.

10. The proposed sale is "as is" and "where is". The proposed sale is to be made without warranties of any type.

11. The machinery is being sold in a single lot.

12. The machinery after repayment of the security interest held by M2 Equipment Finance, LLC is a *de minimus* asset of the Estate. The Trustee is investigating potential fraudulent conveyances. The potential avoidance actions are the main assets of this Estate.

13. There are no exemptions claimed against this asset.

14. This Motion to Approve Sale is being made subject to higher and better offers received on or before the return date of this Motion by the Trustee.

15. A copy of all supporting documents in connection with the proposed sale can be obtained by contacting the undersigned Trustee or the U.S. Bankruptcy Court Clerk's Office.

16. Said sale will take place at the U.S. Bankruptcy Court at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, Room 306.

17. Objections and requests for a hearing before the Bankruptcy Judge, if any, as to the above sale, shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the undersigned Trustee and the United States Trustee in compliance with the Bankruptcy Rules and the Local Bankruptcy Rules for the Northern District of New York. Any objections untimely filed and served will be deemed waived.

18. No previous application for this relief has been made by me.

WHEREFORE, your deponent respectfully requests that an Order be issued approving the sale of the machinery as set forth above.

_____
Marc S. Ehrlich

Sworn to before me the 4th day of September, 2025

_____
Notary Public
My Commission Expires

NANCY TERNENT
Notary Public, State of New York
No. 4668182
Qualified in Albany County
Commission Expires 12/31/26