So Ordered.

Signed this 11 day of September, 2025.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:                                                                         **ORDER APPROVING SALE**

    THE COOKIE FACTORY, LLC,
                                                                             Case No. 24-11002
                    Debtor
_____

      Upon the Motion to Approve Sale of the Trustee's Interest in debtor corporation's Flow Wrapper 450 Packaging Machine, Smart HP TIJ InkJet Printer, Joust SSK-C Series Labeling Machine SN: 1883-01-0521; and a Domino V2301 43 MMTT Coder, by Marc S. Ehrlich, Chapter 7 Trustee, brought on application to Shorten Notice, dated September 4, 2025, and upon hearing Marc S. Ehrlich, Esq. and Christian H. Dribusch, Esq., attorney for The Cookie Factory, LLC, both appearing before the Court on September 10, 2025, and there having been no papers submitted in opposition and no appearances having been made in opposition thereto, and upon due deliberation by the Court, it is hereby

      ORDERED that Marc S. Ehrlich, Chapter 7 Trustee, shall sell to Old World

Productions, LLC, debtor corporation's 2015 interest in a Flow Wrapper 450 Packaging Machine, Smart HP TIJ InkJet Printer, Joust SSK-C Series Labeling Machine SN: 1883-01-0521; and a Domino V2301 43 MMTT Coder for the sum of Twenty Nine Thousand Dollars ($29,000.00). From the purchase price at the time of the sale, Old World Productions, LLC shall pay over to M2 Equipment Finance, LLC directly by the purchaser the sum of Twenty Five Thousand Dollars ($25,000.00) as a compromise payoff amount of its secured lien with the remaining balance of Four Thousand Dollars ($4,000.00) of the purchase priced to be paid directly in to the Estate for subsequent distribution to the creditors. Said asset is being sold "as is" and "where is", without any warranties of any type.

###