Steven M. Rogers (UT Bar No. 13854)
Nic R. Russell (UT Bar No. 15018)
Wylie C. Thomas (UT Bar No. 17437)
Nicholas I. Clarke (UT Bar No. 20045)
**ROGERS & RUSSELL, PLLC**
170 S. Main Street.
Pleasant Grove, UT 84062
Telephone: (801) 899-6064
Facsimile: (801) 210-5388
Email: srogers@roruss.com
*Attorneys for Mitch Cohen and Jim Buddy, LLC dba Jim Buddy's WOW Protein Donuts*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

---

**In Re:**

|  |  |
|---|---|
| **The Cookie Factory, LLC,** | **Case No. 24-11002 (PGR)** |
|  | **Chapter 7** |
| **Debtor(s).** |  |

---

**CREDITORS MITCH COHEN AND JIM BUDDY, LLC d/b/a/ JIM BUDDY'S WOW
PROTEIN DONUTS MOTION FOR RELIEF FROM STAY**

COME NOW Creditors Mitch Cohen ("Cohen") and Jim Buddy, LLC d/b/a/ Jim Buddy's

WOW Protein Donuts ("Jim Buddy") (Jim Buddy and Cohen collectively referred to herein as

"Creditors"), by and through counsel, and pursuant to 11 U.S.C. 362(d), as well as F.R.Bankr. P.

4001, 9013, and Local Rules 4001-1, 9013-1 of the Local Rules of the United States Bankruptcy

Court for the Northern District of New York, and hereby files this *Motion for Relief from Stay* and

in support thereof states as follows:

**FACTUAL BACKGROUND**

1. Cohen is an individual residing in Boise, Idaho.

2. Jim Buddy is a Delaware limited liability corporation with its principal place of business

in Park City, Utah.

3.      Upon information and belief, the Debtor Cookie Factory, LLC ("Debtor") is a New York

limited liability company with its principal place of business in Troy, New York, and is the Debtor

in the above captioned case.

4.      Creditors were in the business of manufacturing and selling protein donuts.

5.      Since approximately 2018, Plaintiffs had successfully produced and sold over 1 million

units of Wow Protein Donuts (the "Products"), a food item developed by Plaintiffs and sold at

retail.

6.      On or around July 15, 2022 Plaintiffs entered into a contract (the "Agreement") with Debtor

for Debtor to produce and manufacture Plaintiff's Products for distribution to retail stores.

7.      Debtor produced a first run of the Products on or about August 3, 2022 which were

subsequently distributed for retail sale.

8.      On or about September 3, 2022, Plaintiffs began receiving complaints from both customers

and retail stores that the first production run by Debtor of the Products had created moldy Products.

9.      Plaintiffs and Debtor discussed the issues and agreed to implement third-party testing, an

audit of raw materials and ingredients used and suppliers for the same, a review and adjustment of

standard operating procedures in production, and new quality control measures.

10.     Nevertheless, issues continued to escalate.

11.     On or around October 1, 2022, continued issues with moldy Products led to mass customer

refunds and product recalls from retail shelves.

12.     Plaintiffs had a supply agreement with Wal-Mart to sell the Products.

13.     As a result of Debtor manufacturing improper and moldy Products, Plaintiffs' agreement

with Wal-Mart was cancelled.

14.     Plaintiffs had a supply agreement with retail chain GNC to sell the Products.

15.     As a result of Debtor manufacturing improper and moldy Products, Plaintiffs' agreement with GNC was cancelled.

16.     Despite repeated attempts by Plaintiffs to salvage the business relationship with Debtor, problems persisted.

17.     On or around June 1, 2023, Plaintiffs terminated the agreement between Plaintiffs and Debtor.

18.     As a result of the reputational damage and financial losses caused by Debtor's failure to properly manufacture the Products, Plaintiff Jim Buddy, LLC dissolved on or about October 31, 2024.

19.     Plaintiffs never received notice of Debtor's bankruptcy filing.

20.     Debtor carried an insurance policy in the amount of $1,000,000.00 (the "Insurance Policy") which covers damages of the type suffered by Plaintiffs.

21.     The Insurance Policy was provided by Hartford Underwriters Insurance Company ("Hartford")

22.     Plaintiffs contacted Hartford regarding their claim and seeking payment of damages under the Insurance Policy.

23.     Hartford has refused to cover Plaintiffs damages.

24.     Plaintiffs seek to proceed in a lawsuit against Hartford seeking damages under the Insurance Policy.

25.     Pursuant to Utah law, Plaintiffs may not proceed against Hartford with respect to their Insurance Policy absent an enforceable judgment against the principal, Debtors.

26.     Plaintiffs therefore seek relief from the automatic stay for the purpose of securing a default judgment against Debtor for the purpose of pursuing a claim against Hartford.

**LEGAL STANDARD**

Pursuant to 11 U.S.C. §362(d)(1) "[o]n request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay-- (1) for cause, including the lack of adequate protection of an interest in property of such party in interest". The decision to grant relief from the automatic stay "is necessarily one involving the exercise of a court's discretion." *In re Towner Petroleum Co.*, 48 B.R. 182, 186 (Bankr. W.D. Okla. 1985). Other examples of when the stay should not apply include "the lack of any connection with or interference with the pending bankruptcy case." *Id.*  Also, matters need not be stayed when "they bear no relationship to the purpose of the automatic stay, which is debtor protection from his creditors." *Id.*

## **ARGUMENT**

I.    **Good cause exists as Plaintiffs do not seek any recovery of funds from Debtor, but only enforcement of the Debtor's insurance agreement against Hartford.**

Plaintiffs seek no recovery whatsoever from the Debtor. The purpose of this Motion is to allow Plaintiffs to secure a default judgment against the Debtor in Utah State Court as a necessary prerequisite to bringing suit against Hartford, the insurance carrier. As such, the lifting of the automatic stay will not interfere with the pending bankruptcy case in any way. It will not affect the Debtor's estate in any way. The purpose of the automatic stay is to protect Debtor from its creditors. *See Towner Petroleum,* 48 B.R at 186. Debtor needs no protection from Plaintiffs as Plaintiffs seek no damages from Debtors. For this reason, good cause exists to lift the automatic stay and allow Plaintiffs to proceed with securing their default judgment and bringing a suit against Hartford.

## **CONCLUSION**

WHEREFRORE, for the foregoing reasons, Plaintiffs respectfully request this Court issue an order granting Plaintiffs relief from the automatic stay for the purposes of proceeding against Debtor in Utah State Court for the reasons set forth above.

DATED: July 17, 2026.

/s/ Steven M. Rogers
Steven M. Rogers (UT 13854)
**Rogers & Russell, PLLC**
170 S. Main Street
Pleasant Grove, UT 84062
Telephone: (801) 899-6064
Facsimile: (801) 210-5388
Email: srogers@roruss.com

*Attorney for Mitch Cohen and Jim Buddy, LLC dba Jim Buddy's WOW Protein Donuts*

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on *July 17, 2026* I electronically filed the foregoing document with the United States Bankruptcy Court for the Northern District of New York by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

**Francis J. Brennan**
Whiteman Osterman & Hanna LLP
80 State Street, 11th Floor
Albany, NY 12207
518-449-3300
518-432-3123 (fax)
fbrennan@woh.com
 *Assigned: 10/02/2024*

representing

**Light Energy Fund I, LP**
830 New Louden Road
Latham, NY 12110
*(Creditor)*

**Mark B. Conlan**
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102
973-596-4545
mconlan@fbtgibbons.com
 *Assigned: 09/25/2024*

representing

**Falcon Equipment Finance, a Division of Falcon National Bank**
*(Creditor)*

**Christian H. Dribusch**
Dribusch Law Firm
187 Wolf Road, Suite 300-20
Albany, NY 12205
518-227-0026
cdribusch@chd-law.com
 *Assigned: 09/10/2024*

representing

**The Cookie Factory, LLC**
41 River Street
Troy, NY 12180
*(Debtor)*

**Marc S. Ehrlich-Trustee**
64 Second St
Troy, NY 12180
(518)272-2110
mehrlich@eapclaw.com
 *Assigned: 09/26/2024*

representing

**Marc S. Ehrlich-Trustee**
64 Second St
Troy, NY 12180
(518)272-2110
mehrlich@eapclaw.com
*TERMINATED: 01/07/26*
*(Trustee)*

**George Fontana, Jr**
Fontana & Napolitano, LLP
1225 Franklin Avenue
Suite 325
Garden City, NY 11530
516-344-6400
516-344-6401 (fax)

representing

**Ford Motor Credit Company LLC**
*(Creditor)*

gfontana@fontananapolitano.com
  *Assigned: 05/21/2025*

**Charles A Gruen**
Law Offices of Charles A. Gruen
381 Broadway
Suite 300
Westwood, NJ 07675
201-342-1212
cgruen@gruenlaw.com
  *Assigned: 01/17/2025*

representing

**Channel Partners Capital, LLC d/b/a Channel Partners Equipment Finance**
408 East Main
Building #300
Suite #1
Marshall, MN 56228
*(Creditor)*

**Alan C. Hochheiser**
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
216-220-1129
216-472-8510 (fax)
ahochheiser@mauricewutscher.com
  *Assigned: 09/24/2024*

representing

**AmTrust North America, Inc. on behalf of AmTrust Insurance Company**
C/O Maurice Wutscher LLP
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122
*(Creditor)*

**Leigh A. Hoffman**
Lippes Mathias, LLP
677 Broadway, 6th Floor
Albany, NY 12207
518-462-0110
lhoffman@lippes.com
  *Assigned: 03/04/2025*
  *LEAD ATTORNEY*

representing

**Marc S. Ehrlich-Trustee**
64 Second St
Troy, NY 12180
(518)272-2110
mehrlich@eapclaw.com
*TERMINATED: 01/07/26*
*(Trustee)*

**Paul A. Levine**
Lemery Greisler, LLC
677 Broadway
8th Fl.
Albany, NY 12866
518-433-8800
518-433-8823 (fax)
plevine@lemerygreisler.com
  *Assigned: 09/11/2024*

representing

**Sunmark Federal Credit Union**
c/o Paul A. Levine, Esq.
Lemery Greisler LLC
677 Broadway
8th Floor
Albany, NY 12207
518-433-8800
518-433-8823 (fax)
plevine@lemerygreisler.com
*(Creditor)*

**Edward R. Marinstein**
Marinstein & Marinstein, Esqs., PLLC
22 1st Street
P.O. Box 155
Troy, NY 12181-0155
518-274-5034

representing

**Inter-County Bakers, Inc.**
c/o Marinstein & Marinstein, Esqs., PLLC
22 First Street
P.O. Box 155
Troy, NY 12181-0155
United States

518-274-5039 (fax)
law@marinsteinattys.com
*Assigned: 09/24/2024*

518-274-5034
518-274-5039 (fax)
law@marinsteinattys.com
*(Creditor)*

## <u>CERTIFICATE OF SERVICE – MAIL, OTHER</u>

I hereby certify that on ***July 17, 2026*** I caused to be served a true and correct copy of the foregoing as follows:

**Mail Service - By regular first-class United States mail, postage fully pre-paid, addressed to:**
*-NONE-*

**Mail Service to Entire Matrix – By regular first-class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated July 17, 2026 attached hereto.**
*-NONE-*

 */s/ Christian Hayward*
Christian Hayward
 *Paralegal for Mitch Cohen and Jim Buddy, LLC dba Jim Buddy's WOW Protein Donuts*