Steven M. Rogers (UT Bar No. 13854)
Nic R. Russell (UT Bar No. 15018)
Wylie C. Thomas (UT Bar No. 17437)
Nicholas I. Clarke (UT Bar No. 20045)
**ROGERS & RUSSELL, PLLC**
170 S. Main Street.
Pleasant Grove, UT 84062
Telephone: (801) 899-6064
Facsimile: (801) 210-5388
Email: srogers@roruss.com
*Attorneys for Mitch Cohen and Jim Buddy, LLC dba Jim Buddy's WOW Protein Donuts*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

---

**In Re:**

| | |
|---|---|
| **The Cookie Factory, LLC,** | **Case No. 24-11002 (PGR)**<br>**Chapter 7Northern** |
| **Debtor(s).** | |

---

**NOTICE OF CREDITORS MITCH COHEN AND JIM BUDDY, LLC d/b/a/ JIM BUDDY'S WOW PROTEIN DONUTS MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Creditor Mitch Cohen and Jim Buddy, LLC d/b/a Jim Buddy's Wow Protein Donuts ("Creditor") filed with the United States Bankruptcy Court for the Northern District of New York, A Motion for Relief from Stay (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Creditor seeks Court approval for the following:

**Motion for Relief From Stay:** Debtor filed Chapter 7 Bankruptcy on September 10, 2024. The Creditor seeks entry of a final order granting relief from the automatic stay. The Motion was filed on July, 17, 2026.

If approved the requested relief would allow Creditor to seek default judgment against Debtor for the purpose of pursuing a claim against Hartford Underwriters Insurance Company.

A hearing has been scheduled for the above matter on **August, 13, 2026 at 10:00 a.m.** The hearing will be held in-person at the James T. Foley U.S. Courthouse and Federal Building, located at 445 Broadway, Suite 306, Albany New York. Appearances may be made in-person at the courthouse **OR** by video via Teams upon request. If you wish to attend via teams then pre-registration is required. Pre-registration must be completed by 3:00 PM one business day before the hearing at https://www.nynb.uscourts.gov/Remote-Hearing-Appearances

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

**There will be no further notice of the hearing,** and failure to attend the hearing, or to submit a written opposition at least seven (7) days prior to the return date, will be deemed a waiver of your objection.

**If you or your attorney do not take these steps**, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In

the absence of a timely made objection, the undersigned counsel may and will ask the Court to enter an order granting the Motion.

DATED: July 20, 2026.

*/s/ Steven M. Rogers*
Steven M. Rogers (UT 13854)
**Rogers & Russell, PLLC**
170 S. Main Street
Pleasant Grove, UT 84062
Telephone: (801) 899-6064
Facsimile: (801) 210-5388
Email: srogers@roruss.com

*Attorney for Mitch Cohen and Jim Buddy, LLC dba Jim Buddy's WOW Protein Donuts*

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on ***July 20, 2026*** I electronically filed the Debtor's Motion to Approve Stipulation Related to Use of Cash Collateral and Effect on the Automatic with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

| | | |
|---|---|---|
| **Francis J. Brennan**<br>Whiteman Osterman & Hanna LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207<br>518-449-3300<br>518-432-3123 (fax)<br>fbrennan@woh.com<br>*Assigned: 10/02/2024* | representing | **Light Energy Fund I, LP**<br>830 New Louden Road<br>Latham, NY 12110<br>*(Creditor)* |
| **Mark B. Conlan**<br>FBT Gibbons LLP<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4545<br>mconlan@fbtgibbons.com<br>*Assigned: 09/25/2024* | representing | **Falcon Equipment Finance, a Division of Falcon National Bank**<br>*(Creditor)* |
| **Christian H. Dribusch**<br>Dribusch Law Firm<br>187 Wolf Road, Suite 300-20<br>Albany, NY 12205<br>518-227-0026 | representing | **The Cookie Factory, LLC**<br>41 River Street<br>Troy, NY 12180<br>*(Debtor)* |

| | | |
|---|---|---|
| cdribusch@chd-law.com<br>*Assigned: 09/10/2024* | | |
| **Marc S. Ehrlich-Trustee**<br>64 Second St<br>Troy, NY 12180<br>(518)272-2110<br>mehrlich@eapclaw.com<br>*Assigned: 09/26/2024* | representing | **Marc S. Ehrlich-Trustee**<br>64 Second St<br>Troy, NY 12180<br>(518)272-2110<br>mehrlich@eapclaw.com<br>*TERMINATED: 01/07/26*<br>*(Trustee)* |
| **George Fontana, Jr**<br>Fontana & Napolitano, LLP<br>1225 Franklin Avenue<br>Suite 325<br>Garden City, NY 11530<br>516-344-6400<br>516-344-6401 (fax)<br>gfontana@fontananapolitano.com<br>*Assigned: 05/21/2025* | representing | **Ford Motor Credit Company LLC**<br>*(Creditor)* |
| **Charles A Gruen**<br>Law Offices of Charles A. Gruen<br>381 Broadway<br>Suite 300<br>Westwood, NJ 07675<br>201-342-1212<br>cgruen@gruenlaw.com<br>*Assigned: 01/17/2025* | representing | **Channel Partners Capital, LLC d/b/a Channel Partners Equipment Finance**<br>408 East Main<br>Building #300<br>Suite #1<br>Marshall, MN 56228<br>*(Creditor)* |
| **Alan C. Hochheiser**<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH 44122<br>216-220-1129<br>216-472-8510 (fax)<br>ahochheiser@mauricewutscher.com<br>*Assigned: 09/24/2024* | representing | **AmTrust North America, Inc. on behalf of AmTrust Insurance Company**<br>C/O Maurice Wutscher LLP<br>23611 Chagrin Blvd, Suite 207<br>Beachwood, OH 44122<br>*(Creditor)* |
| **Leigh A. Hoffman**<br>Lippes Mathias, LLP<br>677 Broadway, 6th Floor<br>Albany, NY 12207<br>518-462-0110<br>lhoffman@lippes.com<br>*Assigned: 03/04/2025*<br>*LEAD ATTORNEY* | representing | **Marc S. Ehrlich-Trustee**<br>64 Second St<br>Troy, NY 12180<br>(518)272-2110<br>mehrlich@eapclaw.com<br>*TERMINATED: 01/07/26*<br>*(Trustee)* |

| | | |
|---|---|---|
| **Paul A. Levine**<br>Lemery Greisler, LLC<br>677 Broadway<br>8th Fl.<br>Albany, NY 12866<br>518-433-8800<br>518-433-8823 (fax)<br>plevine@lemerygreisler.com<br>*Assigned: 09/11/2024* | representing | **Sunmark Federal Credit Union**<br>c/o Paul A. Levine, Esq.<br>Lemery Greisler LLC<br>677 Broadway<br>8th Floor<br>Albany, NY 12207<br>518-433-8800<br>518-433-8823 (fax)<br>plevine@lemerygreisler.com<br>*(Creditor)* |
| **Edward R. Marinstein**<br>Marinstein & Marinstein, Esqs., PLLC<br>22 1st Street<br>P.O. Box 155<br>Troy, NY 12181-0155<br>518-274-5034<br>518-274-5039 (fax)<br>law@marinsteinattys.com<br>*Assigned: 09/24/2024* | representing | **Inter-County Bakers, Inc.**<br>c/o Marinstein & Marinstein, Esqs., PLLC<br>22 First Street<br>P.O. Box 155<br>Troy, NY 12181-0155<br>United States<br>518-274-5034<br>518-274-5039 (fax)<br>law@marinsteinattys.com<br>*(Creditor)* |

**CERTIFICATE OF SERVICE – MAIL, OTHER**

I hereby certify that on ***July 20, 2026*** I caused to be served a true and correct copy of the foregoing as follows:

**Mail Service - By regular first-class United States mail, postage fully pre-paid, addressed to:**
*-NONE-*

**Mail Service to Entire Matrix – By regular first-class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated July 20, 2026 attached hereto.**
*-NONE-*

/s/ *Christian Hayward*
Christian Hayward
Paralegal