# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
**Honorable Patrick G. Radel**
**U.S. BANKRUPTCY JUDGE**

To: Steven M. Rogers, Esq.
From: Chambers
Date: August 12, 2026

Re: The Cookie Factory, LLC
Case No. 24-11002-1-pgr
Motion for Relief from Stay (Doc. 71).

On July 17, 2026, Mitch Cohen filed a Motion for Relief from Stay (Doc. 71). The motion was served on Debtor's counsel but was not served on Debtor as required by Rule 7004(b)(9)("copy of a [motion for relief from stay] may be served by first-class mail … on the debtor … by mailing the copy to the address shown on the debtor's petition or the address the debtor specifies in a filed writing."); and Rule 7004(g)("If, when served, a debtor is represented by an attorney, the attorney must **also** be served….")(emphasis added).

Please perform the following actions:

1. Please serve the motion on Debtor directly and re-notice the motion.

Absent compliance by **August 27, 2026**, the Court will deny the motion.

ALEXANDER PIRNIE U.S. COURTHOUSE AND FEDERAL BUILDING, 10 BROAD STREET, UTICA, NEW YORK 13501
CHAMBERS: (315) 793-8111 FAX: (315) 793-8792