UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

THE COOKIE FACTORY, LLC, Chapter 7

Debtor. Case No.:24-11002

---

**STIPULATION and ORDER EXTENDING TRUSTEE'S TIME TO COMMENCE AVOIDANCE AND RECOVERY ACTIONS UNDER CHAPTER 5, TITLE 11 U.S.C.**

WHEREAS, the Chapter 7 Trustee's deadline to commence avoidance and recovery actions runs two years from the date of the bankruptcy filing, September 10, 2024; and

WHEREAS, the Chapter 7 Trustee and Christopher Alberino, Joseph Alberino and Three Partners Pastry are all targets of potential recovery actions by the Trustee and have, through counsel, been in good faith negotiations to resolve all claims held by this Estate; and

WHEREAS, all parties desire to avoid the associated expense and risk of further litigation, therefore

IT IS STIPULATED AND AGREED, that the Trustee has an extension of the two-year statute of limitations imposed by 11 U.S.C. 546(a)(1)(A) from September 10, 2026 to November 12, 2026.

Date: September 10, 2026

*/s/ Leslie M. Apple*
Leslie M. Apple, Esq.
*Counsel for Christopher Alberino, Joseph Alberino*

Dated: September 10, 2026

*/s/ Michael Boyle*____
Michael Boyle, Esq.
Counsel for *Three Partners Pastries, LLC*

Date: September 10, 2026

*/s/ Leigh A. Hoffman*
Leigh A. Hoffman, Esq.
Lippes Mathias LLP
*Counsel for Chapter 7 Trustee*