So Ordered.

Signed this 16 day of September, 2026.

Patrick G. Radel
United States Bankruptcy Judge

Steven M. Rogers (UT Bar No. 13854)
Nic R. Russell (UT Bar No. 15018)
Wylie C. Thomas (UT Bar No. 17437)
Nicholas I. Clarke (UT Bar No. 20045)
**ROGERS & RUSSELL, PLLC**
170 S. Main Street.
Pleasant Grove, UT 84062
Telephone: (801) 899-6064
Facsimile: (801) 210-5388
Email: srogers@roruss.com
*Attorneys for Mitch Cohen and Jim Buddy, LLC dba Jim Buddy's WOW Protein Donuts*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

---

**In Re:**

**The Cookie Factory, LLC,**

**Debtor(s).**

**Case No. 24-11002 (PGR)**
**Chapter 7 Northern**

---

**ORDER ON CREDITORS' MITCH COHEN AND JIM BUDDY, LLC d/b/a/ JIM BUDDY'S WOW PROTEIN DONUTS MOTION FOR RELIEF FROM STAY**

THE COURT, having reviewed Creditors Mitch Cohen ("Cohen") and Jim Buddy, LLC d/b/a/ Jim Buddy's Wow Protein Donuts ("Jim Buddy" and, together with Cohen, "Creditors") Motion for Relief from Stay [Dkt. 71] (the "Motion"), having been fully informed in the premises, and for good cause shown, no opposition having been presented, the Court hereby ORDERS as follows:

1. The Motion is hereby GRANTED;
2. In the event this case is converted to a case under any other chapter of the Bankruptcy Code, this order will remain in full force and effect;
3. The automatic stay imposed pursuant to 11 U.S.C. § 362 is hereby modified to permit Creditors Mitch Cohen and Jim Buddy, LLC d/b/a Jim Buddy's WOW Protein Donuts to commence and/or continue litigation against The Cookie Factory, LLC, including obtaining and enforcing a judgment, solely for the purpose of establishing the Debtor's liability and recovering against applicable insurance coverage, including coverage provided by Hartford Underwriters Insurance Company. Creditors shall not seek to enforce or collect any judgment against the Debtor, property of the Debtor, or property of the bankruptcy estate except from applicable insurance proceeds.
4. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the fourteen-day stay of this Order is waived, and this Order shall be effective immediately upon entry.

IT IS SO ORDERED.

###